| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, SBN #294141 |
| | Assistant Federal Defenders |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721-2226 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorneys for Defendant |
| 6 | ULYSSES JACK PERKINS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00223 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON |
| vs. | Date: August 27, 2018 |
| ULYSSES JACK PERKINS, | Time: 2:00 p.m. |
| Defendant. | Judge: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Melanie Alsworth, counsel for the plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Ulysses Jack Perkins, that the status conference currently scheduled for August 17, 2018 at 2:00 p.m. before the Honorable Erica P. Grosjean be continued to August 27, 2018 at 2:00 p.m. before the Honorable Stanley A. Boone.

Defense counsel will be out of the office for the entire week of August 13 – 17, 2018 and in light of the fact that this status conference could result in the defendant's admission to the charges, counsel would prefer not to have someone else stand in for the hearing.

/ / /

/ / /

/ / /

Both parties, as well as the probation officer, will be available on August 27, 2018 for either admission or the setting of a contested hearing in this matter.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: August 6, 2018   */s/ Melanie Alsworth*
MELANIE ALSWORTH
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 6, 2018   */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defenders
Attorney for Defendant
ULYSSES JACK PERKINS

## **O R D E R**

**IT IS SO ORDERED.**

The status conference currently scheduled for August 17, 2018 is hereby continued to August 27, 2018.

IT IS SO ORDERED.

Dated:   **August 6, 2018**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE