

**FILED**
JAN 06 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Ulysses Jack Perkins,<br><br>              Defendant. | ORDER TO REDUCE<br>TERM OF SUPERVISED RELEASE FOR<br>SUCCESSFUL COMPLETION<br>OF REENTRY COURT<br>(18 U.S.C. 3583(3)(1)<br><br>Docket Number: 0972 1:17CR00223-001 |

On January 8, 2019, the defendant was accepted as a participant in the Reentry Court Program. As of January 14, 2020, the defendant will successfully complete the Reentry Court Program.

**Due to defendant's successful completion of the Reentry Court Program, but more importantly his exemplary performance in the Reentry Court Program which included completion of 88 credits in five months to obtain his high school diploma, it is recommended by the Reentry Court Team the defendant's term of Supervised Release be reduced to terminate upon graduation from the Reentry Court Program on January 14, 2020.**

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved. The term of Supervised Release imposed on December 10, 2018, is hereby terminated on January 14, 2020, for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

12/30/19
Date

The Honorable Jennifer L. Thurston
U.S. Magistrate Judge

IT IS ORDERED that these findings and recommendations are hereby adopted and approved. The defendant's term of Supervised Release will be terminated on January 14, 2020.

January 4, 2020
Date

Lawrence J. O'Neill
Chief U.S. District Judge

cc: Defendant
    Assistant United States Attorney: Angela Scott
    Defense Counsel: Matthew Lemke
    FLU Unit – United States Attorney's Office
    Fiscal Clerk - Clerk's Office